IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL CASE NO. 1:17-CR-0112-SCJ |
| DARRICK LAWRENCE | |

## ORDER

This matter is before the Court for consideration of the Report and Recommendation of Magistrate Judge Janet F. King [Doc. No. 32], to which no objections have been filed. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Defendant's motions to suppress evidence seized during the execution of the search warrant for his residence [Docs. 21, 27 and 28] are **DENIED** and Defendant's motions to suppress his statements [Docs. 21, 27 and 28] are **DENIED AS MOOT**.

**IT IS SO ORDERED** this 20th day of September, 2017.

_____
STEVE C. JONES
UNITED STATES DISTRICT JUDGE