IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DARRICK LAWRENCE,<br>  Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>  Respondent. | MOTION TO VACATE<br>28 U.S.C. § 2255<br><br>CRIMINAL ACTION NO.<br>1:17-CR-0112-SCJ-JKL-1<br><br>CIVIL ACTION NO.<br>1:19-CV-1140-SCJ-JKL |

### ORDER

This matter is before the Court for consideration of the Final Report and Recommendation of Magistrate Judge John K. Larkins III [Doc. 105], to which no objections have been filed. After reviewing the Report & Recommendation, it is received with approval and **ADOPTED** as the Opinion and Order of this Court.

Accordingly, it is hereby **ORDERED** that Darrick Lawrence's Motion to Vacate, Set Aside or Correct Sentence pursuant to USC 28 § 2255 motion [Doc. 91] and a certificate of appealability are **DENIED**. It is further **ORDERED** that civil action number 1:19-CV-0114-SCJ-JKL is **DISMISSED**.

**IT IS SO ORDERED**, this 16th day of April, 2020.

s/Steve C. Jones
STEVE C. JONES
UNITED STATES DISTRICT JUDGE